Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Cameron Dyer, Esq., Nev. Bar No. 14364
cameron.dyer@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON PERRY,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Defendant.<br>_______________________________/ | CASE NO.: 3:26-cv-00644-CSD<br><br>**STIPULATION (AND PROPOSED) ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant Washoe County School District (District) and Plaintiff Brandon Perry (Plaintiff), by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for the District's answer or response to Plaintiff's Complaint to October 8, 2026. This Stipulation is based on the following:

1. The District received Plaintiff's Civil Complaint for Damages and Demand for Jury Trial (Complaint; ECF No. 2) on September 3, 2026.

///

///

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

2. Given several competing deadlines currently requiring the attention of Counsel for the District, the parties have stipulated to a two-week extension of time for the District to file a responsive pleading to the Complaint through and including October 8, 2026.

3. This Stipulation is made in good faith and is not for the purposes of delay.

4. This is the Parties' first request for an extension to respond to the Complaint.

DATED this 21st day of September, 2026.

GALLAGHER & LIPSHUTZ

By: /s/ Kathleen H. Gallagher, Esq.
Kathleen H. Gallagher, Esq.
kathleen@gallagherlipshutz.com
6120 S. Fort Apache Rd. #100
Las Vegas, NV 89148

Adam Augustine Carter, Esq.
acarter@employmentlawgroup.com
R. Scott Oswald, Esq.
soswald@employmentlawgroup.com
*Pro Hac Vice* to be filed
The Employment Law Group, PC
1717 K. Street NW, Ste 1110
Washington, D.C. 20006
Attorneys for Plaintiff

DATED this 21st day of September, 2026.

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/Kevin A. Pick, Esq.
Kevin A. Pick, Esq.
kevin.pick@washoeschools.net
Sara K. Montalvo, Esq.
sara.montavlo@washoeschools.net
Cameron Dyer, Esq.
cameron.dyer@washoeschools.net
P.O. Box 30425
Reno, Nevada 89520-3425
Attorneys for Defendant

IT IS SO ORDERED:

DATED: September 21, 2026



UNITED STATES MAGISTRATE JUDGE